IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

LAUNER TOMAS JIMENEZ

Case No. 1:25 mj 43 MAL

CRIMINAL COMPLAINT AFFIDAVIT

I, Molly Cozzens, being a duly sworn and appointed Special Agent for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), hereby make the following statement in support of the attached criminal complaint.

1.  I am a Special Agent of HSI, a division of ICE assigned to the Resident Agent in Charge Gainesville Office and have been so employed since July 2017. I attended and completed 26 weeks of training at the Federal Law Enforcement Training Center. I received training in the enforcement of immigration and customs laws. Before becoming a Special Agent, I graduated from the State University of New York Potsdam and currently hold a Bachelor of Arts in Criminal Justice. I have been the case agent on other cases involving individuals who have been denied admission, excluded, deported, or removed and thereafter, entered, attempted to enter, or is at any time found in, the United States, without the consent of the Secretary of Homeland Security in violation of Title 18, United States Code, Section

1326(a). Information in this affidavit was either told to me by other law enforcement officers or personally known to me.

2.    The information set forth in this affidavit is based on my personal knowledge, as well as information obtained from other sources, either involved in the investigation or who have personal knowledge of the facts herein. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation for this affidavit. Rather, it only includes the information necessary to support a finding of probable cause.

3.    On September 5, 2025, in Alachua County Florida, Launer Tomas Jimenez was encountered by the Florida Highway Patrol and was arrested for being illegally present in the United States. Tomas Jimenez was detained at the Alachua County Jail.

4.    On September 7, 2025, Tomas Jimenez was transported to the ICE Jacksonville office.

5.    During immigration processing, Tomas Jimenez's fingerprints were entered into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database, after having been encountered by immigration authorities. The system returned a match, reflected and confirmed that Tomas Jimenez had been previously encountered and had been assigned an Alien Registration number ("A-number") ending in 510. ICE database

records indicate Tomas Jimenez was ordered to be removed from the United States to Mexico by an immigration judge on April 3, 2000. The ICE database reflects Tomas Jimenez has three prior removals which occurred on or about April 27, 2000, from El Paso, TX; on or about April 27, 2004, from Nogales, AZ; and on or about December 19, 2008, from Nogales, AZ. Tomas Jimenez was also voluntarily removed on or about November 11, 1999, from El Paso, TX. SA Molly Cozzens queried an immigration database, and no record was located indicating Tomas Jimenez applied for lawful entry into the United States.

6. Tomas Jimenez was interviewed by SA Phillip Reynolds after having waived his *Miranda* rights and provided a sworn statement. Tomas Jimenez admitted to having been removed from the United States pursuant to an order of removal and admitted to having returned 11 years ago. Tomas Jimenez said he did not apply to the United States for lawful entry before illegally returning to the United States.

7. Based upon the foregoing, there is probable cause to believe that Launer Tomas Jimenez is an alien who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-

enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____/s/ MC/_____
Molly Cozzens, Special Agent
Homeland Security Investigations
Gainesville, Florida

Sworn to and subscribed before
me this 8th day of September
2025.

*Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge